**My'Ka EL, Plaintiff-Appellant,**

v.

**R. REESE, Officer, Defendant-Appellee,**

and

Charlotte Mecklenburg Police Department; M. Sullivan, Officer; S. Selogy, Officer; Meyers, Officer; Agape, Officer; K. S. Kodad, Officer; Issac, Officer; Airtone, Lieutenant; S. Mobley; T. Moore; T. Wilson; J. Fletcher, Officer; J. Parker; P. Moore; L.B. Diggs; B. Butler; Nurse Green, Sergeant; M. W. Womble; M. T. Retort; B. Scarey; T.

Castano; Stouts, Sergeant; R. Monroe; J. H. Frison; R. Burnett; Bradon Jolly, North Carolina State Trooper; W. L. Canter; Cooper Jerrell, Mecklenburg County Sheriff; Eason; Street, Sergeant; Gant, Sergeant; Hood, Officer; R. Chapman, Mecklenburg County Magistrate, Defendants.

No. 17-2300

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 16, 2018

My'Ka El, Appellant Pro Se. Daniel Edward Peterson, CITY ATTORNEY'S OFFICE, Charlotte, North Carolina, for Appellee.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

My'Ka El appeals the district court's February 28, 2017, order denying relief on his 42 U.S.C. § 1983 (2012) complaint. El previously appealed the district court's order, and we affirmed the judgment on appeal. *El v. Reese*, 694 Fed.Appx. 160 (4th Cir. 2017). Because we previously have affirmed the district court's order, we dismiss the instant appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*